UNITED  STATES  DISTRICT  COURT
SOUTHERN  DISTRICT  OF  OHIO
WESTERN  DIVISION

| | | |
|---|---|---|
| CHRISTOPHER KNECHT, | : | Case No. 1:12-cv-763 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| | : | |
| CITY OF CINCINNATI, OHIO, | : | |
| | : | |
| Defendant. | : | |

**DECISION AND ENTRY ADOPTING THE REPORT AND
RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE
(Doc. 88)**

This case is before the Court pursuant to the Order of General Reference in the

United States District Court for the Southern District of Ohio Western Division to United

States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the

Magistrate Judge reviewed the pleadings filed with this Court and, on December 10,

2015, submitted a Report and Recommendation.  (Doc. 88).  Plaintiff filed objections

(Doc. 92) and the Defendant responded (Doc. 94).[1]  The case is now ripe for review.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has

reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all

of the filings in this matter.  Upon consideration of the foregoing, the Court does

---

[1]  Plaintiff objects that: (1) his affidavit does not contain inadmissible hearsay; (2) the City is
subject to a fine pursuant to 28 C.F.R. § 20.25; and (3) discovery should have been reopened.
Plaintiff's objections are **OVERRULED** because: (1) his affidavit contains inadmissible
hearsay; (2) 28 C.F.R. § 20.25 does not provide for fines where innocently inaccurate criminal
history information is self-corrected pursuant to 28 C.F.R. § 20.21(a); and (3) Plaintiff had three
years to obtain discovery before filing his untimely motion to reopen discovery.

determine that such Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, Defendant's motion for summary judgment (Doc. 76) is **GRANTED.** The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED**.

Date:  2/16/16                                      *s/ Timothy S. Black*
                                                    Timothy S. Black
                                                    United States District Judge